IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 07-4056-01-CR-C-SOW |
| RAYMOND D. FORD, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is the Report and Recommendation Concerning Plea of Guilty (Doc. #14) prepared by United States Magistrate Judge William A. Knox. The Court agrees with the Report and Recommendation.

Accordingly, it is hereby

ORDERED that the plea of guilty is accepted and defendant Raymond D. Ford is adjudged guilty. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Raymond D. Ford.

　　　　　　　　　　　　　　　__/s/ Scott O. Wright_____
　　　　　　　　　　　　　　　SCOTT O. WRIGHT
　　　　　　　　　　　　　　　Senior United States District Judge

Dated: ___2/8/2008_____